1   STEVEN G. KALAR
    Federal Public Defender
2   JOHN PAUL REICHMUTH
    Assistant Federal Public Defender
3   555 - 12th Street
    Suite 650
4   Oakland, CA 94607-3627
    Telephone:  (510) 637-3500
5
    Counsel for Defendant PANG
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    No. CR-14-00284-JD
                                       )
12                      Plaintiff,     )    STIPULATION TO CONTINUE; ORDER
                                       )    CONTINUING CASE AND EXCLUDING
13  vs.                                )    TIME UNDER THE SPEEDY TRIAL ACT
                                       )
14  JOHNNY QUIANG PANG,                )
                                       )
15                      Defendant.     )
    _____)
16

17          IT IS HEREBY STIPULATED, by and between the parties to this action, that the

18  STATUS  HEARING date of August 22, 2014, presently scheduled at 1:30 p.m., before the

19  Honorable James Donato, be vacated and re-set for September 26, 2014, at 1:00 p.m. for

20  STATUS HEARING.

21          The requested continuance is sought under The Speedy Trial Act, 18 U.S.C. §

22  3161(h)(7)(A) and (B)(iv).  The parties agree that the ends of justice served by the granting of

23  such continuance outweigh the best interests of the public and the defendant in a speedy trial for

24  the following reasons:  The defense requires additional time for investigation and legal research

25  prior to requesting a motions or trial date.  This case involves intellectual property issues and

26  also requires the use of an interpreter.  Government counsel has been called away from the

                                        1

1    district due to a death in the family and will no longer be available on August 22, 2014.

2    Government counsel was also recently assigned to this case.  The parties agree and stipulate that

3    the time from August 22, 2014 until September 26, 2014, should be excluded under 18 U.S.C.

4    §3161(h) (7)(A), (B)(iv) for effective preparation of counsel taking into account the exercise of

5    due diligence.

6

7
                                                   /s/
8    Date    08/18/14                       John Paul Reichmuth
                                            Assistant Federal Public Defender
9                                           Counsel for defendant Gibson

10                                                 /s/
     Date    08/18/14                       Susan Knight
11                                          Assistant United States Attorney

12
          I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
13   within this efiled document.              /S/ John Paul Reichmuth
                                               Counsel for Defendant Pang

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER

The Court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial for following reasons:  The defense requires additional time for investigation and legal research prior to requesting a motions or trial date.  This case involves intellectual property issues and also requires the use of an interpreter.  Government counsel has been called away from the district due to a death in the family and will no longer be available on August 22, 2014.  Government counsel was also recently assigned to this case.  Based on these findings, it is hereby ORDERED that the above-captioned matter be continued to September 26, 2014, at **1:30 p.m.**, and that time be excluded from August 22, 2014 until September 26, 2014, pursuant to 18 U.S.C. §§3161 (h)(7)(A), (B)(iv).

IT IS SO ORDERED.

  8/20/14
Date

_____
HON. JAMES DONATO
UNITED STATES DISTRICT JUDGE