MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

SUSAN KNIGHT (CABN 209013)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5056
    FAX: (408) 535-5066
    E-Mail: Susan.Knight@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 14-00284 JD |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) CONTINUING STATUS HEARING DATE AND |
| | ) EXCLUDING TIME UNDER THE SPEEDY TRIAL |
| JOHNNY QUIANG PANG, | ) ACT |
| | ) |
| Defendant. | ) |

    The undersigned parties respectfully request that the status appearance scheduled for September 26, 2014 be continued to October 24, 2014. The reason for the continuance is that the government recently provided defense counsel with additional discovery, including a copy of a search warrant affidavit and an inventory list of items seized from the defendant's business. This case involves alleged trafficking in counterfeit goods, and the parties need additional time to research the loss amounts and discuss them. Furthermore, the parties agree and stipulate that an exclusion of time under the Speedy Trial Act from September 26, 2014 to October 24, 2014 is appropriate based on the defendant's need for effective

//

//

STIPULATION AND [PROPOSED] ORDER
CR 14-00284 JD

1 | preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

2 | SO STIPULATED:

3 | DATED: 9/23/14                                MELINDA HAAG
                                                  United States Attorney

4 |
                                                  /s/
5 |                                               SUSAN KNIGHT
                                                  Assistant United States Attorney
6 |

7 | DATED: 9/23/14

8 |                                               /s/
                                                  JOHN PAUL REICHMUTH
9 |                                               Assistant Federal Public Defender
                                                  Counsel for Mr. Pang

STIPULATION AND [PROPOSED] ORDER
CR 14-00284 JD

**ORDER**

Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing scheduled for September 24, 2014 at 1:30 p.m. be continued to **October 17, 2014** at 1:30 p.m. in Courtroom 11 of the San Francisco Courthouse.

The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from September 26, 2014 through October 17, 2014. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice, because the government recently provided defense counsel with additional discovery, including a copy of a search warrant affidavit and an inventory list of items seized from the defendant's business. This case involves alleged trafficking in counterfeit goods, and the parties need additional time to research the loss amounts and discuss them. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

DATED:  September 25, 2014

_____
HONORABLE JAMES DONATO
United States District Judge

STIPULATION AND ~~[PROPOSED]~~ ORDER
CR 14-00284 JD